UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANDRE BELL | CIVIL ACTION NO. 18-0964 |
| | SECTION P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| POLICE DEPT. CITY OF SHREVEPORT, ET AL. | MAG. JUDGE KAREN L. HAYES |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that this action is **STAYED** under the following conditions:

a. If Plaintiff Andre Bell intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him have concluded, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed, absent some other bar to suit;

c.	In light of the stay, Plaintiff should not file any more documents in this action until the state court proceedings conclude; and

d.	Defendants shall not be required to answer during the stay, and Plaintiff may not seek a default judgment or conduct any discovery.

MONROE, LOUISIANA, this 9th day of October, 2018.

_____
Terry A. Doughty
United States District Judge